FILED

06/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0290



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0290

DONALD T. McKINLEY,

      Plaintiff and Appellant,

  v.                            ORDER OF MEDIATOR APPOINTMENT

ERIE INSURANCE EXCHANGE,

      Defendant and Appellee.

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      IT IS ORDERED THAT **Russ Yerger,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this June 11, 2020.

 

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Kelly Gallinger, Aaron M. Dunn, Alexander Kendall Evans, Russ Yerger